No. 11–7189. WALKER v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7190. ONTIVEROS-PEREZ v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 11–7191. MCNEIL v. HOME BUDGET LOANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7194. CONTANT v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied. 

No. 11–7196. SEAWRIGHT v. MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 11–7197. SULLIVAN v. STOVALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7199. OWEN v. WEBER, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 11–7203. WALKER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7204. WITHERSPOON v. DELAWARE COUNTY COURT OF COMMON PLEAS. Sup. Ct. Pa. Certiorari denied.

No. 11–7207. ESCOBEDO v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7208. NOBLE v. ADAMS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 11–7209. NELSON v. WILLIAMS ET AL. C. A. D. C. Cir. Certiorari denied.

